**UNITED STATES DISTRICT COURT**

**District of Minnesota**

Fermin Diaz-Carbajal

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01225-JRT-SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE.** Each party shall bear their respective attorneys' fees and costs.

Date: 2/24/2026

KATE M. FOGARTY, CLERK